IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIR ALI MAKNOJIA, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-0549 |
| | § | |
| JOHN BARTLETT, *et al.*, | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On July 7, 2005, the parties consented to proceed before a United States Magistrate Judge, for all further proceedings, including trial and entry of final judgment, under 28 U.S.C. § 636(c). (Docket Entry # 11). On July 6, 2005, Defendants filed a motion to dismiss the claims against them, under Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. (Docket Entry # 10). By memorandum order issued this date, the court GRANTED that motion. (Docket Entry # 19).

Accordingly, it is ORDERED that Plaintiffs take nothing, and that the action be DISMISSED on the merits, with prejudice. Each party to bear its own costs.

This is a FINAL JUDGMENT.

The Clerk shall enter this order and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 27th day of July, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE